Caitlin Robin, Esq.
Caitlin Robin & Associates, PLLC
115 Broadway, Suite 1505
New York, New York 10006
(646) 524-6026
caitlin@robinandassociates.com
[Will comply with LR IA 11-2]

Dane W. Anderson, Esq.
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
775-842-4890
dane@andersonkeuscher.com
*Attorneys for Plaintiff Michael Schmidt*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL R. SCHMIDT, a Nevada Resident,<br><br>Plaintiff,<br>v.<br><br>THE SCOTTS MIRACLE-GRO COMPANY, an Ohio corporation; THE SCOTTS COMPANY, LLC, a limited liability company, and THE HOME DEPOT, INC., a Georgia corporation,<br><br>Defendants | Case No. 3:26-cv-00585-MMD-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION TO APPEAR BY AUDIOVISUAL MEANS AT CASE MANAGEMENT CONFERENCE** |

Plaintiff Michael Schmidt and Defendants The Scotts Miracle-Gro Company and The Scotts Company, LLC, through their respective counsel, stipulate that counsel appear via audiovisual means at the Case Management Conference scheduled for October 20, 2026 at 9:00 a.m. [ECF 10].

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated: September 3, 2026

/s/Caitlin Robin .
Caitlin Robin, Esq.
Caitlin Robin & Associates, PLLC
Attorneys for Plaintiff
*MICHAEL R. SCHMIDT*
115 Broadway, Suite 1505
New York, New York 10006
(646) 524-6026
caitlin@robainandassociates.com

/s/ Dane W. Anderson .
Dane W. Anderson, Esq.
Anderson Keuscher Brachmann
905 Plumas Street
Reno, NV 89509
(775) 823-0049
dane@andersonkeuscher.com
Attorneys for Plaintiff
*MICHAEL R. SCHMIDT*

/s/ A. Jill Guingcangco
A. Jill Guingcangco, Esq.
Gordon Rees Scully Mansukhani
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
(702) 577-9300
jguingcangco@grsm.com
Alexandra B. Cuningham, Esq. (*pro hac vice* to be filed)
Katharine W. Durante, Esq. (*pro hac vice* to be filed)
Attorneys for Defendants
The Scotts Miracle-Gro Company
The Scotts Company, LLC

IT IS SO ORDERED.

Dated September 4, 2026

UNITED STATES MAGISTRATE JUDGE