Arjeta Albani, Esq.
Caitlin Robin & Associates, PLLC
115 Broadway, Suite 1505
New York, New York 10006
(646) 524-6026
Arjeta@robinandassociates.com
[Will comply with LR IA 11-2]

Dane W. Anderson, Esq.
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
(775) 823-0049
dane@andersonkeuscher.com
*Attorneys for Plaintiff Michael Schmidt*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL R. SCHMIDT, a Nevada Resident,<br><br>Plaintiff,<br>v.<br><br>THE SCOTTS MIRACLE-GRO COMPANY, an Ohio corporation; THE SCOTTS COMPANY, LLC, a limited liability company, and THE HOME DEPOT, INC., a Georgia corporation,<br><br>Defendants | Case No. 3:26-cv-00585-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS [ECF NO. 7]**<br><br>(First Request) |

Plaintiff Michael R. Schmidt and Defendants The Scotts Miracle-Gro Company and The Scotts Company, LLC, through their respective counsel, stipulate and agree, subject to the approval of the Court, as follows:

1. On August 27, 2026, Defendants filed their Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) [ECF No. 7] (the "Motion"). Plaintiff's response to the Motion is currently due September 10, 2026.

2. Plaintiff's time to respond to the Motion is extended to October 9, 2026.

3. Defendants' time to file a reply in support of the Motion is extended to October 23, 2026.

4. This is the first request for an extension of these deadlines. The extension is requested because the trial and litigation schedule of Plaintiff's counsel in other matters requires additional time to prepare Plaintiff's response. This stipulation is made in good faith and not for the purpose of delay.

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated: September 9, 2026

/s/ Arjeta Albani
Arjeta Albani, Esq.
Caitlin Robin & Associates, PLLC
115 Broadway, Suite 1505
New York, New York 10006
(646) 524-6026
Arjeta@robinandassociates.com

/s/ Dane W. Anderson
Dane W. Anderson, Esq.
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
(775) 823-0049
dane@andersonkeuscher.com
Attorneys for Plaintiff
Michael R. Schmidt

/s/ A. Jill Guingcangco
A. Jill Guingcangco, Esq.
Gordon Rees Scully Mansukhani
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
(702) 577-9300
jguingcangco@grsm.com
Alexandra B. Cunningham, Esq.
(pro hac vice to be filed)
Katharine W. Durante, Esq.
(pro hac vice to be filed)
Hunton Andrews Kurth LLP
Attorneys for Defendants
The Scotts Miracle-Gro Company and
The Scotts Company, LLC

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 10, 2026